IN THE U.S. FEDERAL DISTRICT COURT FOR THE

WESTERN DISTRICT OF WISCONSIN

STEVEN L. JOFFE, M.D (DR. JOFFE)
PRO SE PLAINTIFF

1) Violation of the
False Claims Act (FCA)
31 U.S.C. §§ 1327-1333

26-cv-42-jdp

FILED/REC'D
2026 JAN 16 P 1:50
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

V

Quincy Bioscience, Inc

DEFFENDANT

## Parties

Steven L. Joffe. M.D is a retired Emergency Medicine Physician who resides currently, and at all times relevant hereto, has resided at 300 W. seminary Ave #314 Lutherville, MD 21093

Quincy Bioscience is the manufacturer and distributor of the dietary supplement Prevagen whose corporate headquarter are located, and have been located at all Times relevant hereto at 8401 Greenway Blvd Suite 800 Middleton, WI 53562

Page 1 of 3

# JURISDICTION

As the parties here are citizens of diffent U.S. States, thus qualifying this case for diversity jurisdiction, federal courts have jurisdiction over this matter

## VENUE

The Federal Rules of Civil Proceedure (FRCP) dictate that the venue must be chosen to be the most convenient, geographically, to the Deffendant or Deffendants, the U.S. Federal District Court for The Western District of Wisconsin is the proper venue.

## False Claims

In very frequently aired television Ads. Deffendant claims that taking Prevagen as directed will have a beneficial effect on memory, clarity and other cognitive functions. However, there has never been a peer reviewed, double blind scientific study to support this claim

## Damages

The cost to the consumer for taking Prevagen can be

upwards of $1,000 (one thousand dollars) per year.

## DEMANDS

Dr. Joffe respectfully request this court to enjoin Deffendant from airing commercials as described supra. Also Deffendant should air a public service announcement (PSA) disavowing previous false claims to be aired in Prime Time. Finally, a process should be devised whereby consumers could have all monies spent on Prevagen refunded.

Respectfully Submitted

Steven L. Joffe, M.D.
300 W. Seminary Ave #314
Lutherville, MD 21093
stevejoffe@comcast.net
(410) 456-4362